IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MARK MEAD,**

    *Plaintiff*,

v.                                      Case No.: 5:21cv12-MW/MJF

**CENTER STATE RAILROAD
SERVICES, INC.,**

    *Defendant*.
_____/

## ORDER APPROVING JOINT SETTLEMENT
## AND STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties jointly move this Court to approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA"). ECF No. 9.

This Court has reviewed the proposed settlement, set out in the parties' motion, in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) and finds that it represents a fair and reasonable resolution of all of Plaintiff's claims and the bona fide disputes over the FLSA provisions. This Court approves the settlement and dismisses the case with prejudice.

For these reasons,

**IT IS ORDERED**:

1. The joint motion for approval of Fair Labor Standards Act settlement and dismissal with prejudice, ECF No. 9, is **GRANTED**.

2. The parties must comply with their settlement agreement.

3. This Court has already, inadvertently, directed the Clerk to enter judgment in this case. That judgment, ECF No. 8, is vacated and the Clerk shall so note on the docket.

4. All claims are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

5. The Clerk must enter an amended judgment stating, "The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

6. The Clerk shall close the file.

**SO ORDERED on March 11, 2021.**

                                                      **s/Mark E. Walker**
                                                      **Chief United States District Judge**