**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

MARK MEAD,

       Plaintiff,

v.                                                                              Case No.  5:21-cv-12-MW/MJF

CENTER STATE RAILROAD SERVICES
INC,

       Defendant.

_____/

**AMENDED JUDGMENT**

The parties are ordered to comply with their settlement agreement. All

claims in this case are voluntarily dismissed with prejudice under Federal Rule of

Civil Procedure 41.

                             JESSICA J. LYUBLANOVITS,
                             CLERK OF COURT

March 11, 2021                        s/ Jeremy Wright
DATE                                         Deputy Clerk